12943. BROOKS, administratrix, *v.* SEABOARD AIR-LINE RAILWAY COMPANY.

The ruling upon a former writ of error in this case, that the petition showed that the cause of action was barred by the statute of limitations, became the law of the case; and the trial judge properly sustained the demurrer and dismissed the suit.

DECIDED JANUARY 18, 1922.

Action for damages; from Cobb superior court — Judge Blair. September 16, 1921.

Application for certiorari was denied by the Supreme Court.

*J. Caleb Clarke, Westmoreland & Smith,* for plaintiff.

*Randolph & Parker, J. Glenn Giles,* for defendant.

BROYLES, C. J. This is a suit brought by the administratrix of a deceased employee of a railway company, under the Federal employer's liability act (U. S. Comp. Stat., §§ 8657-8665), to recover damages for the homicide of the employee. The petition showed that the action was commenced within two years from the

date of the appointment of the administratrix, but more than two years after the date of the homicide. The defendant interposed a demurrer which set up that under the act of Congress commonly known as the Federal employer's liability act, and the allegations of the petition, the cause of action was barred by the statute of limitations. The trial court overruled the demurrer, and the defendant excepted. Upon a certification by this court of the question involved, the Supreme Court held, in effect, that the demurrer should have been sustained. *Seaboard Air-Line Ry.* v. *Brooks,* 151 *Ga.* 625 (107 S. E. 878). The judgment overruling the demurrer was thereupon reversed by this court. *Seaboard Air-Line Ry.* v. *Brooks,* 27 *Ga. App.* 274 (108 S. E. 166). The remittitur from this court was duly made the judgment of the trial court, and an order was subsequently passed sustaining the demurrer and dismissing the case, and to this judgment the plaintiff excepted.

The ruling that the petition showed that the cause of action was barred by the statute of limitations became the law of this case, and the trial court properly sustained the demurrer and dismissed the suit.

  *Judgment affirmed.*   *Luke and Bloodworth, JJ., concur.*